IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TRENT TYLER TREPANIA,

    Petitioner,

v.

                                 Case No. 21-cv-39-jdp

LYNELLE J. MANNING, and
NICHOLE M. STROM,

    Respondents.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Trent Trepania's petition for a writ of habeas corpus under 28 U.S.C. § 2254 without prejudice.

| /s/ | 4/27/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |